UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

Case No. 8:08-cv-1863-EAK-MAP

Wachovia Bank, National Association,

    Plaintiff,

v.

Kenneth Huebner, Hue Investments LLC,
Oscar Monroy, Walter Tommasi, Alberto
Tommasi, Alto International Holdings
Limited, Neil W. Thompson, Silverberg &
Associates, Global Assets Leveraged LLC, and
Oscar Garcia Morrell,

    Defendants,
_____/

Silverberg & Associates, Global Assets
Leveraged LLC, and Oscar Garcia Morrell,

    Counter-Plaintiffs,

v.

Hue Investments LLC and Wachovia Bank,
National Association,

    Counter-Defendants.
_____/

**FINAL JUDGMENT GRANTING DECLARATORY JUDGMENT
AND PERMANENT INJUNCTION AGAINST DEFENDANTS
WALTER TOMMASI, ALBERTO TOMMASI AND
ALTO INTERNATIONAL HOLDINGS LIMITED**

THIS CAUSE is before the Court upon the Stipulation for Entry of Final Judgment submitted jointly by Plaintiff, Wachovia Bank, National Association and Defendants, Walter Tommasi, Alberto Tommasi and Alto International Holdings Limited. The Court being advised

that the parties have agreed to the entry of this Judgment, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Final Judgment is hereby entered in favor of Plaintiff, Wachovia Bank, National Association and against Walter Tommasi, Alberto Tommasi and Alto International Holdings Limited (collectively, the "Tommasi Defendants"), as follows:

1. A declaratory judgment is granted, declaring that any purported promissory notes, guarantees, contracts, or other documents made payable to either Alto International Holdings Limited or E.E.I. Limited, or in which any of the Tommasi Defendants has any interest, that purportedly create or evidence any obligation of any kind that were purportedly signed by Joseph Arnold or Richard Melnick as employees or representatives of Wachovia Bank, National Association, are unenforceable and void *ab initio*;

2. Defendants Walter Tommasi, Alberto Tommasi and Alto International Holdings Limited are permanently enjoined from selling, transferring, converting or otherwise attempting to enforce any such promissory notes, guarantees, contracts, or other documents, as well as any copies or duplications thereof; and

3. The Court finds pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay in the entry of this Judgment as to all claims against Defendants Walter Tommasi, Alberto Tommasi and Alto International Holdings Limited.

**DONE AND ORDERED** in Chambers, Tampa, Florida on this ___ day of _____ 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

56198.000164 EMF_US 26923676v1